ACCEPTED
03-15-00303-CV
7198679
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/2/2015 8:48:33 AM
JEFFREY D. KYLE
CLERK

NO. 03-15-00303-CV

IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS
AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/2/2015 8:48:33 AM
JEFFREY D. KYLE
Clerk

**ROSE ENA CANTU**
*Appellant,*

**V.**

**SOUTHERN INSURANCE COMPANY AND STEVE DOLLERY**
*Appellees,*

Appeal from the 21st Judicial District Court, Bastrop County, Texas
Trial Court Cause No. 053-21
Hon. Carson Campbell, Presiding

**APPELLANT'S AMENDED MOTION TO EXTEND TIME TO FILE BRIEF**

M. Chad Gerke
Texas Bar No. 24027390
Robert L. Collins
Texas Bar No. 04618100
Audrey E. Guthrie
Texas Bar No. 24083116
P.O. Box 7726
Houston, Texas 77270-7726
(713) 467-8884
(713) 467-8883 Facsimile
houstonlaw2@aol.com

Christopher D. Lewis
Texas Bar No. 24032546
1721 West T.C. Jester Blvd
Houston, Texas 77008
(713) 553-4104
(713) 467-8883 Facsimile

COUNSEL FOR APPELLANT

1

TO THE HONORABLE COURT OF APPEALS:

COMES NOW, Rose Ena Cantu, Appellant herein, and files this Amended Motion to Extend Time to File Brief. In support thereof, and pursuant to Texas Rule of Appellate Procedure 10.5(b), Appellant would show as follows:

**A.    The deadline for filing the item in question:**

The item in question is Appellant's Brief. The current deadline for filing Appellant's Brief is October 1, 2015.

**B.    The length of the extension sought:**

Appellant seeks a one-time extension of twenty (20) days within which to file Appellant's Brief, to include the period from September 14, 2015 through October 1, 2015.

**C.    The facts relied on to reasonably explain the need for an extension:**

Counsel for Appellant and author of this Brief, Ms. Guthrie, was due to give birth on September 22, but instead gave birth on September 12, ten days early. Ms. Guthrie has only returned to work part-time this week and was able to complete the Brief, which is being filed contemporaneously with this motion.

In addition, the remaining counsel for Appellant were involved in consecutive trials in Harris and Bastrop Counties.

Counsel for Appellee has not responded to this request.

**D.** **The number of previous extensions granted regarding this extension:**

One extension has been sought and granted.

Wherefore, premises considered, Appellant requests the Court grant an extension of time to file her Brief, and accept the Brief which is being filed along with this motion.

Respectfully submitted,

_____

_____
Robert L. Collins
Texas Bar No. 04618100
Audrey Guthrie
Texas Bar No. 24083116
P. O. Box 7726
Houston, Texas 77270-7726
(713) 467-8884 Telephone
(713) 467-8883 Facsimile
houstonlaw2@aol.com

**ATTORNEYS FOR APPELLANT
ROSE ENA CANTU**

### CERTIFICATE OF CONFERENCE

As required by Texas Rule of Appellate Procedure 10.1(a)(5), I certify that on October 1, 2015, I attempted to confer with counsel for Appellee in this matter and we did not receive a response as of the filing of this motion.

_Robert L. Collins_

## **CERTIFICATE OF SERVICE**

As required by Texas Rule of Appellate Procedure 6.3 and 9.5(b), (d), (e), I certify that I have served this document on all other parties, on this 2nd day of October, 2015:

Catherine L. Hanna
Laura D. Tubbs
Eric Peabody
Hanna & Plaut, LLP
211 East Seventh Street, Ste. 600
Austin, Texas 78701
ltubbs@hannaplaut.com
Facsimile (512) 472-0205

_____
Robert L. Collins